

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-2-2008

# USA v. Long

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3549

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Long" (2008). *2008 Decisions.* Paper 922.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/922

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 06-3549

UNITED STATES OF AMERICA

v.

RODERICK LONG,

Appellant

_____

SUR PETITION FOR PANEL REHEARING
_____

Present: SMITH, and NYGAARD, <u>Circuit</u> <u>Judges</u>, and STAFFORD, <u>District</u> <u>Judge</u>*

    The petition for panel rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court is GRANTED.


BY THE COURT:

  /s/ D. Brooks Smith
Circuit Judge

DATED: July 2, 2008

*Honorable William H. Stafford, Jr., Senior United States District Judge for the Northern District of Florida, sitting by designation.